UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>        Plaintiff,<br><br>   v.<br><br>JOSE G. CISNEROS, individually and dba CISNEROS TAQUERIA #2; NATIVIDAD CISNEROS, individually and dba CISNEROS TAQUERIA #2,<br><br>        Defendants. | NO. CIV. 1:15-00569 WBS MJS<br><br>ORDER SETTING EARLY SETTLEMENT CONFERENCE AND STAY |

----oo0oo----

        The court has determined that this case is appropriate for an early settlement conference before the assigned magistrate judge.  The parties shall contact the assigned magistrate judge's courtroom deputy no later than September 18, 2015, by phone or email to schedule an early settlement conference.  The early settlement conference shall be conducted no later than October 16, 2015.  Contact information for the assigned magistrate judge is available at www.caed.uscourts.gov under the "Judges" tab.

    Each party is ordered to have a principal with full settlement authority present at the conference or be fully authorized to settle the matter on any terms.  No later than seven days before the date of the settlement conference, counsel for each party shall submit a confidential Settlement Conference Statement to the settlement judge.  Such statements shall not be filed, but shall be emailed to MJSorders@caed.uscourts.gov.  Upon emailing the Settlement Conference Statement, each party shall e-file a one-page document entitled "Notice of Submission of Confidential Settlement Conference Statement."

    No later than seven days before the date of the early settlement conference, counsel for each party shall file a waiver of disqualification of the assigned magistrate judge pursuant to Local Rule 270(b).  Absent the filing of a waiver of disqualification by each party, the settlement conference will be vacated and reassigned to another magistrate judge.

    To avoid the unnecessary expenditure of costs and attorneys' fees, this action is hereby stayed pending conclusion of the early settlement conference.  No later than three days after the settlement conference, the parties shall file a joint statement indicating whether a settlement was reached.

    The court hereby resets the Status (Pretrial Scheduling) Conference for November 9, 2015 at 2:00 p.m.  If a settlement is not reached at the early settlement conference, the parties shall submit an Amended Joint Status Report no later than October 26, 2015.

    IT IS SO ORDERED.

Dated:  September 10, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE