Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOSE G. CISNEROS, individually and dba CISNEROS TAQUERIA #2, et al.<br><br>　　　　　Defendants. | No. 1:15-cv-00569-WBS-MJS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** |

1     IT IS HEREBY STIPULATED by and between Plaintiff Jose Escobedo and Defendants Defendants Jose G. Cisneros and Natividad Cisneros, both individually and dba Cisneros Taqueria #2, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Dated: October 2, 2015                      MOORE LAW FIRM, P.C.

                                                         /s/ Tanya E. Moore
                                                         Tanya E. Moore
                                                         Attorney for Plaintiff,
                                                         Jose Escobedo

Dated: October 2, 2015                      VAUGHAN & ASSOCIATES

                                                         /s/ Cris C. Vaughan
                                                         Cris C. Vaughan
                                                         Attorneys for Defendants,
                                                         Jose G. Cisneros, individually and dba Cisneros
                                                         Taqueria #2; Natividad Cisneros, individually and
                                                         dba Cisneros Taqueria #2

## **ORDER**

    The parties having so stipulated,

    IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated:  October 6, 2015

                                   WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE